UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BETTY L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:08-CV-127 |
| | ) | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on April 6, 2009. [Doc. 19.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Guyton found that the Administrative Law Judge ("ALJ") did not err in reviewing and weighing the record evidence to determine that Plaintiff retains the residual functional capacity to perform a range of light work. Magistrate Judge Guyton recommended that Plaintiff's motion for judgment on the pleadings [Doc. 13] be denied and that defendant Commissioner's motion for summary judgment [Doc. 17] be granted.

The Court has carefully reviewed this matter, including the underlying pleadings [Docs. 13, 14, 17, 18]. The Court is in agreement with Magistrate Judge Guyton's recommendation which the Court adopts and incorporates into its ruling. Plaintiff's motion

for judgment on the pleadings [Doc. 13] is **DENIED**, and defendant's motion for summary judgment [Doc. 17] is **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 19], and this case is hereby **DISMISSED**.

    IT IS SO ORDERED.

                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE